(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 JAN -2 PM 1:41

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

Plaintiff(s)

# RAymond D HARRingTon

Case No. 2  20 C V 0 0 1 6

**Judge Morrison**

MAGISTRATE JUDGE VASCURA

vs.

# MaRaThon PeTRoLeum CoRPoRaTion SPeedway LLC

Defendants(s)

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

**I. Are you employed?** Yes_____ No ✓

   **A. If you answered "Yes":**

     (1) What is the name and address of your employer

     (2) How much do you earn per month?

   **B. If you answered "No"**

     (1) Have you ever been employed? Yes ✓ No_____

     If yes, what was the last year and month you were employed? _10-13_

     How much did you earn a month? _$1025.00_

**II. What is your marital status?** Seperateſl

   Single_____ Married ✓ 1998 Widowed_____ Divorced_____

   **A. If you answered "Married":**

     (1) Is your spouse employed? Yes ✓ No_____

     If yes, how much does your spouse earn each month?

     $ _We have not Talk in years don't Know?_ PS. once her moThe House she was

**III. Do you have any dependents?** Yes ✓ No_____

   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| melissa Curtis | DaugTher | -0- |
| Garvin Curtis | Son | -0- |

**IV.** Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source? Yes ✓ No_____

   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| SeTtlemeſt | 12-3-19 | | $ |
| RisPeRdal Sick! | $ 5,225.00 Recevie | | $ |
| | $ | | $ |
| | $ | | $ |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**

Yes_____ No _✓_ Overdraft Protection

   A. If you answered "Yes", state the combined total amount:

   $_____.

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**

Yes_____ No _✓_

A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

Just Started I with

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Credit Counsel Consolidated | $180.00 Each month | settle pay off Advance Cash | $ ⊖ |
| KRG Rent | $225.00 month | America Green Payday Loan | $ ⊖ |
| Eletric | $63.00 | | $ |
| gas columbia | $91.00‽ | | $ |

**VIII. State your address and telephone number where the Court can reach you.**

300 may fair BLVD # Columbus, Ohio 43213
614-230-2982 B

I declare under penalty of perjury that the above information is true and correct.

12-28-2019
**Date**

Raymond D Harrington
**Signature of Applicant**