# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

RAYMOND D. HARRINGTON,

  Plaintiff, : Case No. 2:20-cv-16

 -vs-                             Judge Sarah D. Morrison
                                    Magistrate Judge Chelsey M. Vascura

MARATHON PETROLEUM CORP.,
SPEEDWAY, LLC,

                              :

  Defendant.

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on January 27, 2020. (ECF No. 2). In that filing, the Magistrate Judge granted Plaintiff's request to proceed *in forma pauperis*. The Magistrate Judge also performed an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Court dismiss Plaintiff's Complaint in its entirety for failure to state a claim upon which relief may be granted. (*Id.*). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 2) and **DISMISSES** the Complaint (ECF No. 1). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

                                                  /s/ Sarah D. Morrison
                                                  SARAH D. MORRISON
                                                  UNITED STATES DISTRICT JUDGE